# Law Offices of J. Stephen Walker, P.C.

20 North Clark Street, Suite 2450
Chicago, IL 60602
tel (312) 578-9191
cell (219) 776-3016
fax (312) 578-9391
Email: lokwelend@comcast.net

October 10, 2012

James R. Sickel
United States Magistrate Judge
United States District Court
Eastern District of Wisconsin

      Re:    *Cheap Real Estate LLC Wisconsin, et. al. v. Brian D. Hamill, et. al.*, US District Court for the Eastern District of Wisconsin, Green Bay Division, Case No. 11-CV-534

Dear Judge Sickel,

As requested in your October 2, 2012 letter, please be advised that the Plaintiffs would prefer to have this matter referred to another Magistrate for mediation purposes.

Sincerely,

/s/ J. Stephen Walker

### CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2012, I electronically filed the foregoing Response to Judge Sickel's October 2, 2012 Letter with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/ J. Stephen Walker
    J. Stephen Walker

Law Offices of J. Stephen Walker, P.C.
20 N. Clark Street, Suite 2450
Chicago, IL 60602
312-578-9191