IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CHEAP REAL ESTATE LLC WISCONSIN, an Illinois limited liability company, and DAVID AZRAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11-cv-534 |
| v. | ) ) | The Honorable William C. Griesbach |
| BRIAN D. HAMILL and DEMPSEY, WILLIAMSON, KELLY & HERTEL, LLP, a Wisconsin limited liability partnership, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, plaintiffs Cheap Real Estate LLC Wisconsin and David Azran and defendants Brian D. Hamill and Dempsey, Williamson, Kelly & Hertel, LLP hereby stipulate that all claims and counterclaims in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 24th day of June, 2013.

| | |
|---|---|
| Respectfully Submitted, Cheap Real Estate LLC Wisconsin and David Azran | Respectfully Submitted, Brian D. Hamill and Dempsey, Williamson, Kelly & Hertel, LLP |
| By: /s/ J. Stephen Walker J. Stephen Walker, their attorney Law Offices of J. Stephen Walker, P.C. 20 N. Clark Street, Suite 2450 Chicago, IL 60602 (312) 578-9191 | By: /s/ Mark Broderick Mark Broderick, their attorney SmithAmundsen LLC 4811 S. 76th Street, Suite 306 Milwaukee, WI 53220 (312) 589-2228 |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.


/s/ Mark Broderick

4