IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CHEAP REAL ESTATE LLC WISCONSIN, an Illinois limited liability company, and DAVID AZRAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11-cv-534 |
| v. | ) ) | The Honorable William C. Griesbach |
| BRIAN D. HAMILL and DEMPSEY, WILLIAMSON, KELLY & HERTEL, LLP, a Wisconsin limited liability partnership, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the stipulations of the parties and Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that this case is DISMISSED WITH PREJUDICE.

The clerk of court is directed to close this case.

Entered this _____ day of June, 2013.

BY THE COURT:

/s/ Honorable William C. Griesbach
U.S. District Court Eastern District